MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Wage and Hour Counsel
ADRIANA E. AHUMADA (CA #274295)
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7742
ahumada.adriana.e@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>                        Plaintiff,<br><br>        v.<br><br>VIDAL IMPORT AND EXPORT, INC.;<br>RENE VIDAL, individually and as<br>managing agent of the entity defendant; and<br>MARTHA VIDAL, individually and as<br>managing agent of the entity defendant,<br><br>                        Defendants. | Case No. 3:22-cv-731-BEN-KSC<br><br>**JOINT MOTION TO APPROVE CONSENT JUDGMENT** |

To the Honorable District Judge Roger T. Benitez:

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Defendants Vidal Import and Export, Inc. ("Vidal"), Co-Representative of Vidal Martha Vidal, and Co-Representative of Vidal Rene Vidal (collectively

the "Parties"), by and through their respective counsel, jointly request the Court to approve and enter the proposed Consent Judgment and Order, which is being lodged concurrently.

Respectfully submitted,

Dated: May 26, 2022

SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Wage and Hour Counsel

/s/Gustavo Bravo
GUSTAVO BRAVO
Attorney for Defendants
Vidal, Martha Vidal, and Rene Vidal

/s/Adriana Ahumada
ADRIANA AHUMADA
Trial Attorney